In the Matter of EMMA E. JONES, Appellant, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.

Submitted September 30, 1940; decided October 8, 1940.

*Ruth Whitehead Whaley* for motion.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), opposed.

Motion for leave to appeal dismissed, with ten dollars costs and necessary printing disbursements, on the ground appellant had failed to comply with section 591 of the Civil Practice Act.